AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED

JAN 1 5 2008

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RENE SANCHEZ-ESTEMATIS,<br>aka Estematis Rene Sanchez | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08CR0127-JAH |

I, RENE SANCHEZ-ESTEMATIS, aka Estematis Rene Sanchez, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __15 January 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER