FID No. 1489645

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

v.

Estematis Rene Sanchez

**WARRANT FOR ARREST**

FILED 2008 MAY 14 AM 9:01

BY _____ KMH _____ DEPUTY

CASE NUMBER: 08cr127 JAH

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Estematis Rene Sanchez
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition
                                                                                  ☐ Pretrial Violation

charging him or her with (brief description of offense)

DATE 5/9/08
ARRESTED AND ARRAIGNED 5/12/08
In Court
Steve Stafford, Acting
U.S. MARSHAL, S/CA
BY _____

In violation of Title   See Above   United States Code, Section(s) _____

| W. Samuel Hamrick, Jr. | Clerk of the Court |
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ Laura Zvery  M. Zvers | 05/08/08 San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $   No Bail   by   The Honorable John A. Houston
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |